

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

Mr. Aburto may travel to Paris, France, from July 9 to 15, 2026, for employment-related obligations, with a complete itinerary to be provided to his probation officer prior to departure. The Clerk of Court is respectfully directed to terminate Dkt. No. 76. SO ORDERED.

July 1, 2026

January 13, 2026

**BY ECF**:

The Honorable Margaret M. Garnett
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:   United States v. Jose Aburto
              Case No.: 25-cr-00093-2 (MMG)
              Southern District of New York
              <u>Unopposed Letter Motion Seeking Permission to Travel Outside the United States</u>

Dear Judge Garnett:

Please be advised that I represent Jose Aburto in the above-captioned matter. Mr. Aburto is currently serving a term of probation under the supervision of the United States Probation Office.

With the consent of the United States Probation Office, and with the Government deferring to Probation's position, I respectfully submit this letter motion seeking permission for Mr. Aburto to travel internationally to Paris, France, for employment-related obligations.

Mr. Aburto respectfully requests permission to travel from New York to Paris from July 9 through July 15, 2026. He will provide the United States Probation Office with a complete travel itinerary and all requested travel information in advance of his departure.

Honorable Margaret M. Garnett
Page **2** of **2**

Thank you for the Court's time and consideration.

Sincerely,
**Spodek Law Group P.C.**
/s/ Todd A.Spodek
Todd A. Spodek

cc:    All Counsel of Record (By ECF).
U.S. Probation Officer Nicolas Edon (By Email).

**SO ORDERED:**

_____
Honorable Margaret M. Garnett

Dated:_____

2